**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEERLESS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AMBI-RAD, LTD., et al.<br><br>Defendants. | Civil Action No.: 07-5402(JLL)<br><br>**ORDER ADOPTING**<br>**MARCH 6, 2009**<br>**REPORT AND RECOMMENDATION** |

This Court had referred Defendant Ambi-Rad, Limited's motion to dismiss Plaintiff's Amended Complaint to the Honorable Claire C. Cecchi, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B). Magistrate Judge Cecchi filed a Report and Recommendation in connection with Defendant's motion on March 6, 2009. The Court has considered the Report and Recommendation as well as the parties' submissions and Ambi-Rad's objection to the Report. For the reasons set forth in this Court's corresponding Opinion,

IT IS on this 23rd day of March, 2009,

**ORDERED** that the Report and Recommendation of Magistrate Judge Cecchi filed on March 6, 2009 [CM/ECF Docket Entry No. 23] is hereby ADOPTED as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Defendant's motion to dismiss Plaintiff's Amended Complaint [CM/ECF Docket Entry No. 17] is hereby DENIED.

**IT IS SO ORDERED.**

Jose L. Linares,
United States District Judge